UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUMAS, | ) Case No.: 1:12-cv-01355 – LJO JLT (PC) |
| Plaintiff, | ) INFORMATIONAL ORDER RE DEFENDANTS' MOTION TO DISMISS |
| v. | ) |
| E. BANGI, et al., | ) (Doc. 12-13). |
| Defendants. | ) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On November 27, 2012, Defendants filed a motion to dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. (Doc. 12).

Plaintiff is advised that he has the right to oppose the motion in writing. Generally, written oppositions must be filed not more than 18 days, plus 3 days for mailing, after the date of service of the motion to dismiss. However, this Court has recently granted Plaintiff an extension of time to respond to Defendants' motion. Plaintiff's Opposition, if any, is due January 19, 2013. (Doc. 13). Local Rule 230(m)

1

1 provides that the failure to oppose a motion "may be deemed a waiver of any opposition
2 to the granting of the motion . . . ." This means that the court may deem plaintiff's
3 failure to oppose Defendants' motion to dismiss as a waiver, and may recommend that
4 the motion be granted on that basis.
5

IT IS SO ORDERED.

Dated: **December 28, 2012**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE