IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID DUMAS,**<br><br>                                Plaintiff,<br><br>        v.<br><br>**E. BANGI,**<br><br>                                Defendant. | Case No. 1:12-cv-01355-LJO-JLT<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**<br><br>**(Doc. 30)** |

   The Court, having considered Defendant's first request to modify the scheduling order, and good cause having been found,

   **IT IS ORDERED** that the deadline for the parties to file dispositive motions is extended to November 21, 2013.

IT IS SO ORDERED.

   Dated:   **November 4, 2013**            /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE